IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

DONALD A. BLUM and
SUSAN B. BLUM,

        Debtors.

NO.  17-01146
CHAPTER 7

JUDGE A. BENJAMIN GOLDGAR

## NOTICE OF MOTION

TO:

Donald A. Blum
Susan B. Blum
1024 Warrington Rd.
Deerfield, IL 60015
**BY U.S. MAIL**

David H. Cutler, Attorney for Debtors   **BY ELECTRONIC TRANSMISSION**
Ilene F. Goldstein, Chapter 7 Trustee   **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on December 20, 2019 at 11:45 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, at **the Park City Branch Court, 301 S. Greenleaf Avenue, Courtroom B, Park City, Illinois 60085**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay, attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the  2nd day of December 2019.

BY:       /s/ Terri M. Long
        TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:  : (708) 922-3302
Atty. for NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO.   17-01146 |
| DONALD A. BLUM and<br>SUSAN B. BLUM, | CHAPTER 7 |
| Debtors. | JUDGE A. BENJAMIN GOLDGAR |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its successors and/or assigns, (hereinafter referred to as "Movant") a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On January 15, 2017, the Debtors herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtors with respect to a certain mortgage upon real estate, with a common address of 1024 Warrington Rd, Deerfield, Illinois 60015-3344, with a total debt of $202,879.30 as of November 8, 2019.

3. The Debtors have not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. The Debtors have no equity in the aforesaid real estate, and the said collateral is not necessary to an effective reorganization by the Debtor.

5. Movant will suffer irreparable injury, harm and damage should it be delayed in foreclosing its security interest therein.

6.  As of November 8, 2019, the account is past due in the approximate amount of $71,538.02 plus fees and costs.

7. An order of discharge was entered on April 18, 2017, but the case remains open and the trustee has not filed a Report of No Distribution.

8. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to foreclose its security interest in certain real estate, with a common address of 1024 Warrington Rd, Deerfield, Illinois 60015-3344, and for such other and further relief as this Court may deem just.

        NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
        TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its Successors and/or Assigns